UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-60149-CR-MOORE/GARBER

UNITED STATES OF AMERICA

v.

ALFRED THOMPSON,

    Defendant.
_____/

## ORDER

    THIS CAUSE is before the Court by Order of Reference from U.S. District Judge K. Michael Moore. Pursuant to such reference the Court has received the defendant's *pro se* Motion for Appointment of Counsel for appellate purposes.

    Upon due consideration of said motion, it is hereby

    ORDERED that the government shall file its response to said motion on or before November 27th, 2006 and shall address the issue presented by the Plea Agreement containing what appears to be a waiver of appeal by the defendant.

    DONE AND ORDERED in Chambers at Miami, Florida this 20th day of November, 2006.

                                                     _____
                                                     BARRY L. GARBER
                                                     UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
District Judge Moore
Counsel of record

Alfred Thompson, #57579-004
Federal Detention Center
P.O. Box -19120
Miami, FL 33101